PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

### Western District of Texas

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Clarence Edward Lovell | Case Number: 7:16CR00198-001 |

Name of Sentencing Judicial Officer:  Honorable Robert A. Junell, Senior United States District Judge

Date of Original Sentence:  January 5, 2017

Original Offense: Aiding and Abetting Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 2

Original Sentence: 46 months imprisonment, 3 years supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: May 22, 2024 |
| Assistant U.S. Attorney: Brandi Young | Defense Attorney: Joshua Alexander Stephens |

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state, or local crime during the term of supervision." |
| | On January 31, 2025, Midland Police Officers were dispatched to a Burglary of a Residence report call for service, at the victim's residence, within Midland, Texas. Detective Thompson followed up on this investigation, where he identified Lovell as the suspect involved in this incident. On February 4, 2025, Detective Thompson contacted Lovell to gather his statement about the burglary. A search warrant was later conducted on Lovell's residence, by the Midland Police Department, where the victim's property was discovered. On February 5, 2025, an arrest warrant was issued for Lovell, which remains pending in Midland County, Texas. |
| 2 | "If the defendant is questioned or arrested by a law enforcement officer, the defendant shall notify the probation officer within 72 hours." |
| | On February 4, 2025, Detective Thompson contacted Lovell to obtain a statement about the burglary. Lovell failed to notify USPO Merino within 72 hours of having law enforcement contact. |

3   "The defendant shall follow the instructions of the probation officer related to the conditions of supervision."

On February 5, 2025, Lovell was instructed to report to the U.S. Probation Office on February 10, 2025. On February 9, 2025, Lovell left a message for USPO Merino, stating that he was unable to report until February 12, 2025. On February 10, 2025, USPO Merino contacted Lovell, and was advised that due to scheduling conflicts, he was unable to report. USPO Merino then instructed Lovell to report on February 11, 2025, which Lovell acknowledge. On February 11, 2025, USPO Merino contacted Lovell as to his whereabouts, which he responded, "I don't think I'm coming in. I don't wanna go to jail. I'm good." USPO Merino hasn't had contact with Lovell since February 11, 2025, and he failed to report as instructed.

U.S. Probation Officer Recommendation:

The term of supervision should be

    ☒  revoked.  (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐  extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *[signature]* | *[signature]* |
| Jeff Hale | Arturo Merino |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 685-0302 | Telephone: (432) 685-0323 |
| | Date: February 19, 2025 |

cc: Tony Franco, AUSA
    Brad Richards, ADCUSPO

THE COURT ORDERS:

☐ No action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other _____

*[signature]*

Honorable David Counts
U.S. District Judge

February 20, 2025
Date